CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 18 2017

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:14-cr-00003-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOSE DEJESUS VALASQUEZ, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is

**DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the

active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Petitioner and counsel of record for the United States.

ENTER: This 18th day of April, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge